UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

LAWRENCE YOUNG, *on behalf of himself and all other persons similarly situated*,

                            Plaintiff,

      -against-

SWIFT RESPONSE, LLC and SWIFT RESPONSE HOLDINGS LLLP,

                          Defendants.

------------------------------------- x



ORDER

20 Civ. 5343 (GBD)

GEORGE B. DANIELS, United States District Judge:

    This Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

    The December 2, 2020 conference is canceled.

Dated: New York, New York
       November 16, 2020

                                          SO ORDERED.

                                          *George B. Daniels*
                                          GEORGE B. DANIELS
                                          United States District Judge